# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:

HERBERT, MELVIN

Case No. 13-15582

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, December 16, 2014 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2014          By: /s/ Barry A. Chatz, Trustee
                                      Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-15582-TAB
Melvin Herbert                                                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams           Page 1 of 3          Date Rcvd: Nov 10, 2014
                              Form ID: pdf006           Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2014.
```
db            #+Melvin Herbert,    814 S. Austin Blvd,    APT# 2E,    Oak Park, IL 60304-2340
aty            +Rachel D. Stern,    53 West Jackson Boulevard,    Suite 1442,    Chicago, IL 60604-3536
20331513       +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
20331512       +ARS National Services,    Bankruptcy Department,    PO Box 463023,    Escondido, CA 92046-3023
20331515       +Allied Interstate,    Bankruptcy Department,    3000 Corporate Exchange Dr.,    5th Fl,
                 Columbus, OH 43231-7723
20331499       +Baxter Emply CR Union,    Attn: Bankruptcy Dept.,    1425 Lake Cook Rd,
                 Deerfield, IL 60015-5213
20331482       +Best Buy/HSBC,    Bankruptcy Department,    90 Christiana Rd.,    New Castle, DE 19720-3118
20331510       +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
20331489      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
                (address filed with court: CACH LLC,    Bankruptcy Department,    370 17th St., Ste. 5000,
                 Denver, CO 80202)
20331516       +Capital One,    Bankruptcy Dept,    PO Box 21887,    Eagan, MN 55121-0887
20681581       +Cavalry SPV I, LLC as assignee,    of Capital One, NA,    Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
20331545       +Central Portfolio Control, Inc,    Bankruptcy Department,    250 Prairie Ctr.Drive-Ste.125,
                 Eden Prairie, MN 55344-5370
20331546       +Chase Bank,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
20331481       +Chase Mortgage,    Bankruptcy Department,    3415 Vision Drive,    Columbus, OH 43219-6009
20331518       +City of Evanston,    c/o Professional Acct,    Po Box 391,    Milwaukee, WI 53201-0391
20331508       +Clerk, First Mun Div,    Doc #12m1-121672,    50 W. Washington St., Rm. 1001,
                 Chicago, IL 60602-1316
20331496        Client Services, Inc.,    Bankruptcy Department,    3451 Harry S. Truman Blvd.,
                 St. Charles, MO 63301-4047
20331523       +Computer Credit Inc.,    Bankruptcy Department,    PO Box 5238,    Winston Salem, NC 27113-5238
20331541       +Department Stores National Bk,    Attn: Bankruptcy Dept.,    701 E. 60th Street North,
                 Sioux Falls, SD 57104-0432
20331521       +Diversified Collections,    Bankruptcy Department,    333 North Canyons #100,
                 Livermore, IL 94551-9480
20331492       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
20331493       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20331501       +FNB Omaha,    Attn: Bankruptcy Dept.,    Po Box 3412,    Omaha, NE 68103-0412
20331502       +Financial Recovery Services,    Bankruptcy Department,    802 N. Clinton St., Ste. B,
                 Bloomington, IL 61701-3299
20331483       +First Source Advantage,    Bankruptcy Department,    PO Box 628,    Buffalo, NY 14240-0628
20331506       +Gecrb/SAMS CLUB,    Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
20331511       +Global Credit & Collection,    Bankruptcy Department,    PO Box 101928,
                 Birmingham, AL 35210-6928
20331514       +HSBC Bank,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20331484       +HSBC NV/Best Buy,    Bankruptcy Department,    12447 SW 69th Ave.,    Tigard, OR 97223-8517
20331504       +HSBC/Best Buy,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
20331539       +Hollywood Casino,    Bankruptcy Department,    49 W. Galena Blvd.,    Aurora, IL 60506-4129
20331537       +Illinois Bone, Joint Institute,    Attn: Bankruptcy Dept.,    150 N. Michigan Ave #1400,
                 Chicago, IL 60601-7568
20331538       +Illinois Collection Service,    Bankruptcy Department,    PO Box 1010,
                 Tinley Park, IL 60477-9110
20331505        J.C. Christensen & Associates,    Bankruptcy Department,    PO Box 519,
                 Sauk Rapids, MN 56379-0519
20331528       +MQC Collection Services,    Bankruptcy Department,    PO Box 140700,    Toledo, OH 43614-0700
20331495       +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
20331543       +Northland Group,    Bankruptcy Department,    PO Box 390846,    Edina, MN 55439-0846
20331497       +Northland Group Inc.,    Bankruptcy Department,    PO Box 390905,    Edina, MN 55439-0905
20331529       +Northshore University Health,    Attn: Bankruptcy Dept.,    23056 Network Place,
                 Chicago, IL 60673-1230
20331485       +Phillips & Cohen Associates,    Bankruptcy Department,    1002 Justison St.,
                 Wilmington, DE 19801-5148
20331531       #+Pinnacle Management Services,    Bankruptcy Department,    514 Market Loop, Ste. 103,
                 West Dundee, IL 60118-2181
20331522       +Rush Oak Park Hospital,    Bankruptcy Department,    Dept. 4667,    Carol Stream, IL 60122-0001
20331488       #+Scott Lowery Law Office, P.C.,    Bankruptcy Department,    1422-B East 71st Street,
                 Tulsa, OK 74136-5060
20331498       +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
20331532       +Suzanne M Greider,    Attn: Bankruptcy Dept.,    800 Austin St #311 W,    Evanston, IL 60202-3443
20331517       +Tanya Herbert,    c/o Peter L Berk,    79 W Monroe St., Suite 900,    Chicago, IL 60603-4914
20331486       +Tonya A. Herbert,    Attn: Bankruptcy Dept.,    2316 Emerson St.,    Evanston, IL 60201-3312
20331494       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20331520       +US Department of Education,    Bankruptcy Department,    PO Box 65128,
                 Saint Paul, MN 55165-0128
20331534       +Union Plus,    Attn: Bankruptcy Dept.,    PO Box 17051,    Baltimore, MD 21297-1051
20331526       +United Recovery Service LLC,    Bankruptcy Department,    18525 Torrence Ave., Ste. C-6,
                 Lansing, IL 60438-2891
20331527       +University Pathologists, PC,    Bankruptcy Department,    PO Box 805864,    Chicago, IL 60680-4120
20331525        Value City,    Bankruptcy Dept.,    PO Box 5238,    Carol Stream, IL 60197-5238
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                   Date Rcvd: Nov 10, 2014
                               Form ID: pdf006              Total Noticed: 68


20331530       +Van Ru Credit Corp,    Bankruptcy Dept.,    150 S. Sunnyslope,    Suite 108,
                 Brookfield, WI 53005-4857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20331490        E-mail/Text: dob@bcu.org Nov 11 2014 01:25:50      Baxter Credit Union,    Attn: Bankruptcy Dept.,
                 400 North Lakeview Parkw,    Vernon Hills, IL 60061
20708663       +E-mail/Text: dob@bcu.org Nov 11 2014 01:25:50      Baxter Credit Union,    Bankruptcy Department,
                 PO Box 8133,   Vernon Hills IL 60061-8133
20331544       +E-mail/Text: bankruptcy@cavps.com Nov 11 2014 01:25:40       Cavalry Portfolio Services,
                 Bankruptcy Department,    Po Box 520,   East View, NY 10595-0520
20676267       +E-mail/Text: bankruptcy@cavps.com Nov 11 2014 01:25:41       Cavalry SPV I, LLC as assignee of,
                 HSBC Bank Nevada/Best Buy Co. Inc.,    Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
20331491       +E-mail/Text: contact@csicollects.com Nov 11 2014 01:26:58       Certified Services INC,
                 Attn: Bankruptcy Dept.,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
20331533       +E-mail/Text: contact@csicollects.com Nov 11 2014 01:26:58       Certified Services, Inc.,
                 Attn: Bankruptcy Dept.,    PO Box 177,   Waukegan, IL 60079-0177
20644999        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 01:33:17       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
20331507       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2014 01:33:17       Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington, DE 19850-5316
20331519        E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2014 01:31:45       Exxon Mobil,
                 Bankruptcy Department,    PO Box 105987,   Atlanta, GA 30348-5987
20331535        E-mail/Text: cio.bncmail@irs.gov Nov 11 2014 01:24:21      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
20331487       +E-mail/Text: ebn@squaretwofinancial.com Nov 11 2014 01:25:52       MBNA America, N.A.,
                 C/O CACH LLC,    4340 S Monaco St Unit 2,    Denver, CO 80237-3408
20331524       +Fax: 847-227-2151 Nov 11 2014 02:35:31      Medical Recovery Specialists,
                 Bankruptcy Department,    2250 E. Devon Ave., Ste. 352,    Des Plaines, IL 60018-4521
20331503       +E-mail/Text: clientservices@rgsfinancial.com Nov 11 2014 01:23:48       RGS Collections, Inc.,
                 Bankruptcy Department,    3333 Earnart Dr., Ste. 150,    Carrollton, TX 75006-5152
20331540       +Fax: 402-934-3741 Nov 11 2014 01:45:24      TRS Recovery Services, Inc.,    Bankruptcy Department,
                 5251 Westheimer,    Houston, TX 77056-5416
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20331548*      +Central Portfolio Control,Inc,    Bankruptcy Department,    250 Prairie Ctr.Drive-Ste.125,
                 Eden Prairie, MN 55344-5370
20331500*       Client Services, Inc.,    Bankruptcy Department,    3451 Harry S. Truman Blvd.,
                 St. Charles, MO 63301-4047
20331542*       Client Services, Inc.,    Bankruptcy Department,    3451 Harry S. Truman Blvd.,
                 St. Charles, MO 63301-4047
20331547*       J.C. Christensen & Associates,    Bankruptcy Department,    PO Box 519,
                 Sauk Rapids, MN 56379-0519
20331536*      +Medical Recovery Specialists,    Bankruptcy Department,    2250 E. Devon Ave., Ste. 352,
                 Des Plaines, IL 60018-4521
20331509      ##+Baker & Miller, PC,    Bankruptcy Department,    29 N. Wacker Dr., 5th floor,
                 Chicago, IL 60606-3227
                                                                                               TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014                                Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams            Page 3 of 3            Date Rcvd: Nov 10, 2014
                              Form ID: pdf006            Total Noticed: 68
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2014 at the address(es) listed below:

```
          Barry A Chatz     bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
          Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Jonathan D Parker    on behalf of Debtor Melvin  Herbert ndil@geracilaw.com
          Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter L Berk    on behalf of Creditor Tanya  Herbert plberk@berklegal.com,  hmilman@berklegal.com
                                                                                             TOTAL: 7
```