UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MELVIN HERBERT | § § | Case No. 13-15582 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4) This case was originally filed under chapter   on           . The case was pending for    months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/BARRY A. CHATZ_____
                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Baxter Credit Union Attn: Bankruptcy Dept. 400 North Lakeview Parkw Vernon Hills IL 60061 |  |  |  |  |  |
| 2 | Chase Mortgage Bankruptcy Department 3415 Vision Drive Columbus OH 43219 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | BAXTER CREDIT UNION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BARRY A. CHATZ | | | | | |
| TRUSTEE BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Tanya Herbert Attn: Bankruptcy Dept. 2316 Emerson St. Evanston IL 60201 | | | | | |
| 2 | IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 2 | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Department Stores National Bk Attn: Bankruptcy Dept. 701 E. 60th Street North Sioux Falls SD 57104 | | | | | |
| | 11 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 12 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 13 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 14 Exxon Mobil Bankruptcy Department PO Box 105987 Atlanta GA 30348-5987 | | | | | |
| | 15 FNB Omaha Attn: Bankruptcy Dept. Po Box 3412 Omaha NE 68197 | | | | | |
| | 16 Gecrb/SAMS CLUB Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 17 Hollywood Casino Bankruptcy Department 49 W. Galena Blvd. Aurora IL 60504 | | | | | |
| | 18 HSBC Bank Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 2 Baxter Emply CR Union Attn: Bankruptcy Dept. 1425 Lake Cook Rd Deerfield IL 60015 | | | | | |
| | 20 HSBC/Best Buy Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 21 Illinois Bone, Joint Institute Attn: Bankruptcy Dept. 150 N. Michigan Ave #1400 Chicago IL 60601 | | | | | |
| | 22 J.C. Christensen & Associates Bankruptcy Department PO Box 519 Sauk Rapids MN 56379-0519 | | | | | |
| | 23 MBNA America, N.A. C/O CACH LLC 4340 S Monaco St Unit 2 Denver CO 80237 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 24 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 25 Medical Recovery Specialists Bankruptcy Department 2250 E. Devon Ave., Ste. 352 Des Plaines IL 60018 | | | | | |
| | 26 Northshore University Health Attn: Bankruptcy Dept. 23056 Network Place Chicago IL 60673 | | | | | |
| | 28 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 29 Suzanne M Greider Attn: Bankruptcy Dept. 800 Austin St #311 W Evanston IL 60201 | | | | | |
| | 3 Best Buy/HSBC Bankruptcy Department 90 Christiana Rd. New Castle DE 19720 | | | | | |
| | 30 Tonya A. Herbert Attn: Bankruptcy Dept. 2316 Emerson St. Evanston IL 60201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 31 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 32 Union Plus Attn: Bankruptcy Dept. PO Box 17051 Baltimore MD 21297 | | | | | |
| | 33 United Recovery Service LLC Bankruptcy Department 18525 Torrence Ave., Ste. C-6 Lansing IL 60438 | | | | | |
| | 34 University Pathologists, PC Bankruptcy Department PO Box 805864 Chicago IL 60680 | | | | | |
| | 35 US Department of Education Bankruptcy Department PO Box 65128 Saint Paul MN 55165 | | | | | |
| | 36 Value City Bankruptcy Dept. PO Box 5238 Carol Stream IL 60197-5238 | | | | | |
| | 4 Cavalry Portfolio Services Bankruptcy Department Po Box 520 East View NY 10595 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Central Portfolio Control,Inc Bankruptcy Department 250 Prairie Ctr.Drive-Ste.125 Eden Prairie MN 55344 | | | | | |
| | 6 Certified Services INC Attn: Bankruptcy Dept. 1733 Washington St Ste 2 Waukegan IL 60085 | | | | | |
| | 7 Chase Bank Bankruptcy Department PO Box 15298 Wilmington DE 19850 | | | | | |
| | 8 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | Allied Interstate Bankruptcy Department 3000 Corporate Exchange Dr. 5th Fl Columbus OH 43231 | | | | | |
| | ARS National Services Bankruptcy Department PO Box 463023 Escondido CA 92046 9 City of Evanston c/o Professional Acct Po Box 391 Milwaukee WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baker & Miller, PC Bankruptcy Department 29 N. Wacker Dr., 5th floor Chicago IL 60606 | | | | | |
| | CACH LLC Bankruptcy Department 370 17th St., Ste. 5000 Denver CO 80202 | | | | | |
| | Capital One Bankruptcy Dept PO Box 21887 Eagan MN 55121 19 HSBC NV/Best Buy Bankruptcy Department 12447 SW 69th Ave. Tigard OR 97223 | | | | | |
| | Central Portfolio Control, Inc Bankruptcy Department 250 Prairie Ctr.Drive-Ste.125 Eden Prairie MN 55344 | | | | | |
| | Certified Services, Inc. Attn: Bankruptcy Dept. PO Box 177 Waukegan IL 60085 | | | | | |
| | Clerk, First Mun Div Doc #12m1-121672 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Client Services, Inc. Bankruptcy Department 3451 Harry S. Truman Blvd. St. Charles MO 63301-4047 | | | | | |
| | Client Services, Inc. Bankruptcy Department 3451 Harry S. Truman Blvd. St. Charles MO 63301-4047 | | | | | |
| | Client Services, Inc. Bankruptcy Department 3451 Harry S. Truman Blvd. St. Charles MO 63301-4047 | | | | | |
| | Computer Credit Inc. Bankruptcy Department PO Box 5238 Winston Salem NC 27113 | | | | | |
| | Diversified Collections Bankruptcy Department 333 North Canyons #100 Livermore IL 94551 | | | | | |
| | Financial Recovery Services Bankruptcy Department 802 N. Clinton St., Ste. B Bloomington IL 61701 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Source Advantage Bankruptcy Department PO Box 628 Buffalo NY 14240 | | | | | |
| | Global Credit & Collection Bankruptcy Department PO Box 101928 Birmingham AL 35210 | | | | | |
| | Illinois Collection Service Bankruptcy Department PO Box 1010 Tinley Park IL 60477 | | | | | |
| | J.C. Christensen & Associates Bankruptcy Department PO Box 519 Sauk Rapids MN 56379-0519 | | | | | |
| | Medical Recovery Specialists Bankruptcy Department 2250 E. Devon Ave., Ste. 352 Des Plaines IL 60018 | | | | | |
| | MQC Collection Services Bankruptcy Department PO Box 140700 Toledo OH 43614 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northland Group Bankruptcy Department PO Box 390846 Edina MN 55439 | | | | | |
| | Northland Group Inc. Bankruptcy Department PO Box 390905 Edina MN 55439 | | | | | |
| | Phillips & Cohen Associates Bankruptcy Department 1002 Justison St. Wilmington DE 19801 | | | | | |
| | Pinnacle Management Services Bankruptcy Department 514 Market Loop, Ste. 103 West Dundee IL 60118 27 Rush Oak Park Hospital Bankruptcy Department Dept. 4667 Carol Stream IL 60122 | | | | | |
| | RGS Collections, Inc. Bankruptcy Department 3333 Earnart Dr., Ste. 150 Carrollton TX 75006 | | | | | |
| | Scott Lowery Law Office, P.C. Bankruptcy Department 1422-B East 71st Street Tulsa OK 74136 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | TRS Recovery Services, Inc. Bankruptcy Department 5251 Westheimer Houston TX 77056 |  |  |  |  |  |
|  | Van Ru Credit Corp Bankruptcy Dept. 150 S. Sunnyslope Suite 108 Brookfield WI 53005 |  |  |  |  |  |
| 4 | CAVALRY SPV I, LLC AS ASSIGNEE |  |  |  |  |  |
| 3 | CAVALRY SPV I, LLC AS ASSIGNEE OF |  |  |  |  |  |
| 1 | DISCOVER BANK |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-15582 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | MELVIN HERBERT | | | | Date Filed (f) or Converted (c): | 04/15/2013 (f) |
| | | | | | 341(a) Meeting Date: | 06/18/2013 |
| For Period Ending: | 05/19/2015 | | | | Claims Bar Date: | 09/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2316 Emerson St., Evanston, IL 60201, jointly owne | 68,850.00 | 20,350.00 | | 25,000.00 | FA |
| 2. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 5.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 5.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Books / Collectibles | 75.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 8. Furs and Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension / Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles | 11,699.00 | 0.00 | | 0.00 | FA |
| 12. Vehicles | 2,100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $84,284.00   $20,350.00   $25,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ONLY ASSET CONSISTED OF DEBTOR'S 1/2 INTEREST IN MARITAL HOMESTEAD; ASSET SOLD TO EX-WIFE FOR $25,000; REVIEW CLAIMS; PREPARE TAX RETURNS; PREPARE TFR.

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

RE PROP #        4    --

Exhibit 8

RE PROP #        9    --

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-15582 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MELVIN HERBERT | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9437 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0541 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/19/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/13 | 1 | TANYA A. HERBERT | LIQUIDATION OF REAL PROPERTY | 1110-000 | $25,000.00 | | $25,000.00 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $13.18 | $24,986.82 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $37.14 | $24,949.68 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $20.54 | $24,929.14 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $37.10 | $24,892.04 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $33.44 | $24,858.60 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $36.96 | $24,821.64 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $35.71 | $24,785.93 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $36.85 | $24,749.08 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $35.61 | $24,713.47 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $36.74 | $24,676.73 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $36.69 | $24,640.04 |
| 12/16/14 | 300002 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZASUITE 1200CHICAGO, IL 60606 | Trustee Compensation | 2100-000 | | $3,250.00 | $21,390.04 |
| 12/16/14 | 300003 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZASUITE 1200CHICAGO, IL 60606 | Trustee Expenses | 2200-000 | | $92.07 | $21,297.97 |
| 12/16/14 | 300004 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL 60604 | Attorney for Trustee Fees (Other Fi | 3210-000 | | $5,472.50 | $15,825.47 |

Page Subtotals: $25,000.00    $9,174.53

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-15582 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | MELVIN HERBERT | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9437 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0541 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/19/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/14 | 300005 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL 60604 | Attorney for Trustee Expenses (Othe | 3220-000 | | $67.30 | $15,758.17 |
| 12/16/14 | 300006 | POPOWCER KATTEN, LTD.<br>35 EAST WACKER DRIVESUITE 1550CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | $931.00 | $14,827.17 |
| 12/16/14 | 300007 | IRS<br>PO BOX 7346PHILADELPHIA, PA 19101-7346 | Claim 000002, Payment 100.00% (2-1) MODIFIED ON 6/28/13 TO     CORRECT CREDITOR'S NAME AND ADDRESS MM | 5800-000 | | $969.41 | $13,857.76 |
| 12/16/14 | 300008 | DISCOVER BANK<br>DB SERVICING CORPORATIONPO BOX 3025NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 81.93% | 7100-000 | | $3,847.93 | $10,009.83 |
| 12/16/14 | 300009 | CAVALRY SPV I, LLC AS ASSIGNEE OF HSBC NEVADA/BEST BUYCAVALRY PORTFOLIO SRVCS500 SUMMIT LAKE DR #400VALHALLA, NY 10595 | Claim 000003, Payment 81.93% (3-1) CAVALRY SPV I, LLC AS     ASSIGNEE OF HSBC BANK NEVADA, N.A./BEST BUY CO., INC. (3-1) MODIFIED ON 7/1/13 TO CORRECT CREDITOR'S NAME MM | 7100-000 | | $3,026.25 | $6,983.58 |
| 12/16/14 | 300010 | CAVALRY SPV I, LLC AS ASSIGNEE CAPITAL ONE NACAVALRY PORTFOLIO SRVCS500 SUMMIT LAKE #400VALHALLA, NY 10595 | Claim 000004, Payment 81.93% (4-1) CAVALRY SPV I, LLC AS     ASSIGNEE OF CAPITAL ONE, N.A (4-1) MODIFIED ON 7/1/13 TO CORRECT CREDITOR'S NAME MM | 7100-000 | | $6,983.58 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $25,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $25,000.00 |

Page Subtotals: $0.00  $15,825.47

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9437 - Checking Account | $25,000.00 | $25,000.00 | $0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |